UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZIQI FANG,

          Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

          Defendants.

Case No.  26-cv-04619-AGT

**ORDER RE: DISMISSAL OF CASE**

Re: Dkt. No. 6

Plaintiff Ziqi Fang, proceeding pro se, filed a motion to dismiss this action as moot. Dkt. 6. Fang explains that she sought adjudication of her Form I-485 in this case. *Id.* Since the filing of the case, her Form I-485 has been adjudicated and approved. As such, there is no further relief to be granted. *Id.*

The Court construes Fang's motion to dismiss as a Federal Rule of Civil Procedure 41(a)(1)(A)(i) dismissal. Rule 41(a)(1)(A)(i) allows for voluntary dismissal by the plaintiff without a court order before the opposing party serves an answer or motion for summary judgment. Unless otherwise stated, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Service was attempted on Defendants, but Defendants have not yet appeared in this matter. *See* dkt. 5 (summons returned executed). Therefore, they have not answered or filed any motions. As such, Fang's case is dismissed by virtue of her filing the motion to dismiss

at dkt. 6. No court order is required.

**IT IS SO ORDERED.**

Dated: June 25, 2026

_____
Alex G. Tse
United States Magistrate Judge